THE STATE, ARCHIBALD GRACIE KING ET AL., PROSECUTORS, PLAINTIFFS IN ERROR, v. ABRAM W. DURYEE ET AL., DEFENDANTS IN ERROR.

THE STATE, EDWARD KING ET AL., PROSECUTORS, PLAINTIFFS IN ERROR, v. ABRAM W. DURYEE ET AL., DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *Vredenburgh & Garretson* and *H. C. Pitney*.

Dwyer v. New York, Lake Erie and Western R. R. Co.

For the defendants in error, *Abel I. Smith.*

PER CURIAM. The judgment of the Supreme Court should be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, VAN SYCKEL, BROWN, CLEMENT, COLE, PATERSON, WHITAKER. 10.